UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| FREDERICK HAWKINS | CIVIL ACTION NO. 24-cv-0868 |
| VERSUS | JUDGE EDWARDS |
| INTERNATIONAL PAPER CO ET AL | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 18), and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that all claims against Shreveport Preprint and Coating Plant are dismissed without prejudice. All claims against all parties have now been resolved, so this final judgment is entered pursuant to Federal Rule of Civil Procedure 58.

THUS DONE AND SIGNED at Alexandria, Louisiana, this the 1st day of May, 2025.

_____
JERRY EDWARDS, JR
UNITED STATES DISTRICT JUDGE